UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gary Dewayne Johnson</u>

    v.                                         Case No.: 08-cv-306-SM

<u>Hillsborough County Superior Court, et al</u>

**O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.09 is due no later than September 15, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                      /s/ Justo Arenas
                                      Justo Arenas
                                      United States Magistrate Judge

Date: August 13, 2008

cc:   Gary Dewayne Johnson, pro se
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts