UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Gary DeWayne Johnson,
      Plaintiff

            v.                        Case No. 08-cv-306-SM

Hillsborough County Superior
Court, et al.,
      Defendants

O R D E R

The plaintiff having failed to comply with the Order of Magistrate Judge Muirhead dated August 13, 2008, to pay the initial filing fee, the complaint is hereby dismissed without prejudice.

SO ORDERED.

September 23, 2008                    _____
                                      Steven J. McAuliffe
                                      Chief Judge

cc:   Gary DeWayne Johnson, pro se